```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

LIBERTY MUTUAL INSURANCE CO.,

                Plaintiff,

   - against -

OERLIKON METCO (US) Inc.,

                Defendant.

―――――――――――――――――――――――――――――――

23-cv-9680 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **Wednesday, January 17, 2024**, at **12:00 p.m.** The conference previously scheduled on March 12, 2024 is cancelled.

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York  
           January 10, 2024

                                      /s/ John G. Koeltl  
                                     John G. Koeltl  
                            **United States District Judge**