```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LIBERTY MUTUAL INSURANCE COMPANY,

                Plaintiff,

- against -

OERLIKON METCO (US), INC, ET AL.,

                Defendants.

23-cv-9680 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is stayed pending the conference on January 17, 2023.

SO ORDERED.

Dated:    New York, New York
           January 11, 2024

                                        John G. Koeltl
                               United States District Judge