```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | 23-cv-9680 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| OERLIKON METCO (US), INC, ET AL., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **Wednesday, January 24, 2024,** at **3:00 p.m.** The conference previously scheduled on January 17, 2024 is canceled.

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:** New York, New York
January 12, 2024

_____
John G. Koeltl
United States District Judge