UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY MUTUAL INSURANCE COMPANY,

                Plaintiff,

    - against -

OERLIKON METCO (US), INC, ET AL.,

                Defendants.

23-cv-9680 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The deadline for the plaintiff to file an Amended Complaint is **February 9, 2024**. The defendants may move or answer by **March 1, 2024**. The response is due **March 15, 2024**. The deadline to reply is **April 2, 2024**.

    Discovery and the Rule 26(f) conference will be stayed until an answer or decision is made on any motion to dismiss or transfer.

SO ORDERED.

Dated:    New York, New York
           January 24, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge