```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | 23-cv-9680 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| OERLIKON METCO (US), INC, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The defendant is directed to provide the Court with paper courtesy copies of the fully briefed motion to dismiss the plaintiff's complaint for improper venue. ECF No. 27.

SO ORDERED.

Dated:   New York, New York
         April 19, 2024

_____
John G. Koeltl
United States District Judge