```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | 23-cv-9680 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| OERLIKON METCO (US) INC., | |
| Defendant. | |

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for oral argument in connection with the defendant's motion to dismiss on **Monday, September 30, 2024,** at **3:00 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   New York, New York
         September 23, 2024

                                     _____
                                         John G. Koeltl
                                     United States District Judge