UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY MUTUAL INSURANCE COMPANY,

                Plaintiff,

- against -

OERLIKON METCO (US) INC.,

                Defendant.

23-cv-9680 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record today, the defendant's motions to dismiss pursuant to Rules 12(b)(3) and 12(b)(6) are **denied**. The defendant's motion to transfer pursuant to 28 U.S.C § 1404(a) is **granted**.

    The Clerk is respectfully directed to transfer this action to the Eastern District of New York and to close the action on the docket of this Court.

SO ORDERED.

Dated:    New York, New York
            September 30, 2024

                                              John G. Koeltl
                                        United States District Judge